# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA L. BROMLEY,  )  <br> ) <br> Plaintiff,  ) <br> ) Civil No. 3:14-cv-2295 <br> v.  ) Judge Trauger <br> ) <br> DH COOPERATIVE, INC., ET AL.,  ) <br> ) <br> Defendants.  ) | |

**ORDER**

The court having had no response by the plaintiff to its Order entered April 10, 2017, it is hereby ORDERED that the Clerk shall administratively close this case.

It is so **ORDERED**.

ENTER this 23rd day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge